**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| In re:<br><br>Andy Tran<br>Aka Tam Tran<br>Dba Andy Tran Salon Enterprises LLC<br>     Debtor | Chapter 7<br><br>Case No.  19-41555 |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Now comes LoanCare, LLC, and gives notice that the undersigned counsel files this appearance on its behalf.

Signed this October 8, 2019.

        LoanCare, LLC

        By Its Attorneys

        /s/ Joseph M. Dolben_____
        Joseph M. Dolben, Esq., # 673113
        Marinosci Law Group, P.C.
        275 West Natick Road, Suite 500
        Warwick, RI 02886
        Telephone: (401) 234-9200
        jdolben@mlg-defaultlaw.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| In re:<br><br>Andy Tran<br>Aka Tam Tran<br>Dba Andy Tran Salon Enterprises LLC<br>         Debtor | Chapter 7<br><br>Case No.  19-41555 |

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that October 8, 2019 I served a copy of the Notice of Appearance on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 8th day of October, 2019.

                                            /s/ Joseph Dolben, Esq._____
                                            Joseph Dolben, Esq., #673113
                                            Marinosci Law Group, P.C.
                                            275 West Natick Road, Suite 500
                                            Warwick, RI 02886
                                            Telephone: (401) 234-9200

<u>VIA ECF</u>
Darren J. Rillovick, Esq., on behalf of Debtor
Richard King, on behalf of the US Trustee
Janice Marsh, Esq., on behalf of the Trustee